IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EARL C OGDEN,

    Plaintiff,

v.                                              CASE NO. 4:15-cv-359-MW-GRJ

JULIE JONES,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a complaint pursuant to 42 U.S.C. § 1983 on July 23, 2015. ECF No. 1. Plaintiff failed to either pay the $400.00 filing fee ($350.00 fee plus $50 administrative fee) or file a motion for leave to proceed as a pauper. On August 21, 2015, the Court ordered Plaintiff to either pay the filing fee or file an IFP motion by September 11, 2015. ECF No. 3. On September 17, 2015—after the deadline had expired—the Court granted Plaintiff an extension of time until October 19, 2015 to either pay the fee or file an IFP motion. Plaintiff filed a second motion for extension of time, ECF No. 6, on October 21, 2015, again after the deadline to comply. Although Plaintiff conclusionally alleged that he had not yet received an account statement from the DOC, he made no showing regarding his efforts to obtain such account statement and he failed to file either an affidavit of indigency or a prisoner consent and financial certificate, as ordered by the Court. The Court therefore denied the third motion for extension of time. ECF No. 7.

Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for

leave to proceed *in forma pauperis* [IFP]."  This case has now been pending for three months with no progress due to Plaintiff's failure to timely address the fee issue despite being afforded ample opportunity to do so.  Because Plaintiff has failed to either pay the fee or file an IFP motion, this case is due to be dismissed.  *See* N.D. Fla. Loc. R. 5.1(H).

The allegations of the Complaint concern Plaintiff's present conditions of confinement, specifically that the prison keeps lights on from 4:00 a.m. to 11:00 p.m. each day.  Dismissal of this case for failure to pay the filing fee or file an IFP motion will not prejudice Plaintiff from seeking to re-file it due to any limitations bar.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED without prejudice** for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 22nd day of October 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.